

ORIGINAL

FILED

05/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0023

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0023

FILED

MAY 18 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

H.R.,

A Youth in Need of Care.

O R D E R

Counsel for the appellant mother of H.R. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The mother was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the mother's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant mother personally.

DATED this 18 day of May, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2